## REED & KELLER v. UNITED STATES.

(Circuit Court, S. D. New York. May 17, 1909.)

No. 5,333.

Customs Duties (§ 38*)—Classification—Birch Bark—"Fibrous Vegetable Substances"—"Moss, Seaweeds, and Vegetable Substances."
Tariff Act July 24, 1897, c. 11, § 2, Free List, pars. 566, 617, 30 Stat. 198, 199 (U. S. Comp. St. 1901, pp. 1684, 1685), relating to "fibrous vegetable substances" and to "moss, seaweeds, and vegetable substances," does not include birch bark.

[Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 38.*]

On Application for Review of a Decision by the Board of United States General Appraisers.

The merchandise in controversy consisted of birch bark, classified by the collector of customs at the port of New York as an unenumerated unmanufactured article, under Tariff Act July 24, 1897, c. 11, § 6, 30 Stat. 205 (U. S. Comp. St. 1901, p. 1693). The importers contended for classification under paragraph 566 or 617, § 2, Free List, 30 Stat. 198, 199 (U. S. Comp. St. 1901, pp. 1684, 1685), which provide, respectively, for "fibrous vegetable substances" and for "moss, seaweeds, and vegetable substances." The Board of General Appraisers

---

*For other cases see same topic & § number in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

overruled this contention and affirmed the action of the collector, whereupon the importers brought these proceedings for review.

Kammerlohr & Duffy (John G. Duffy, of counsel), for importers.
D. Frank Lloyd, Asst. U. S. Atty.

PLATT, District Judge. Decision affirmed.